AO 470 (Rev. 12/03) Order of Temporary Detention (NH-6/05)

# UNITED STATES DISTRICT COURT
## District of New Hampshire

United States of America

v.

**Cesar Abreu**

(Defendant)

Case Number: **09cr08-01-SM**

## ORDER OF TEMPORARY DETENTION PENDING
## HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the ☐ Government ☑ Defendant, it is ORDERED that a detention hearing is

set for **1/20/2009** * at **2:30 pm**

          Date                              Time

before a judicial officer at the U. S. District Court for the District of New Hampshire at the Warren B.

Rudman United States Courthouse, 55 Pleasant Street, Concord, New Hampshire.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or other

authorized representative and produced for the hearing.

Date: **1/15/2009**

☑ United States Magistrate Judge
☐ United States District Judge

cc:    U.S. Attorney
       U.S. Marshal
       U.S. Probation
       Defendant's attorney

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.